IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30833
Summary Calendar
_____


DOUGLAS R. CYREX ET AL.,

                                        Plaintiffs,

DENICE M. CYREX, on behalf of
Aaron Cyrex,

                                        Plaintiff-Appellant,


versus


ASCENSION PARISH SCHOOL BOARD;
STATE OF LOUISIANA, Department of Education;
RAYMOND ARVESON, Superintendent, DR.;
LEON L. BORNE, DR.,

                                        Defendants-Appellees.

* * * * * * * * * *

DOUGLAS R. CYREX, Etc. ET AL.,

                                        Plaintiffs,

DENICE M. CYREX,

                                        Plaintiff-Appellant,


versus


ASCENSION PARISH SCHOOL BOARD,

                                        Defendant-Appellee.

* * * * * * * * * *

DOUGLAS R. CYREX ET AL.,

                                        Plaintiffs,

DENICE M. CYREX,

                                        Plaintiff-Appellant,


versus


ASCENSION PARISH SCHOOL BOARD;
STATE OF LOUISIANA, State of Louisiana
through the Department of Education,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC Nos. 95-CV-603, 95-CV-852, 95-CV-1848
- - - - - - - - - -

June 25, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Denice M. Cyrex, on behalf of Aaron Cyrex, appeals the district court's grant of summary judgment for the Ascension Parish School Board and the State of Louisiana, Department of Education.

Cyrex argues that the district court improperly applied the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §1400 et seq., as it existed prior to the enactment by Congress of the IDEA Amendments Act of 1997, Pub. L. No. 105-07, 111 Stat. 37 (June 4, 1997).

We have reviewed the record and briefs filed by the parties. We have found no material facts in dispute and agree with the district court's application of the law. See Cefalu v. E. Baton Rouge Parish Sch. Bd., 117 F.3d 2312 (5th Cir. 1997).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.